SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Court convened at 5:10 p.m. on October 27, 2021, and recessed at 5:35 p.m.

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
           Jill Keller, Minute Clerk
           Recorded: Liberty Court Recorder CR3
           Time in Court: 25 minutes

### 5:19-SM-00239   GRAND JURY REPORT

 X  Partial Report
 X  Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:21-cr-00273-01 |  | X |
| 3:21-cr-00270-01* | X |  |
| 3:21-cr-00271-01 |  | X |
| 3:21-cr-00274-01 | X |  |
| 3:21-cr-00278-01* | X |  |
| 5:21-cr-00272-01*** | X/WRIT |  |
| 5:21-cr-00275-01*** | X/WRIT |  |
| 5:21-cr-00275-02*** | X/WRIT |  |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:21-cr-00121-01*/** | X |  |
| 6:21-cr-00121-02*/** | X |  |
| 6:21-cr-00121-03** |  | X |
| 6:21-cr-00121-04** |  | X |
| 6:21-cr-00121-05*/** | X |  |
| 6:21-cr-00121-06*/** | X |  |

| | |
|---|---|
| 3:21-cr-00277-01 | X |
| 5:21-cr-00276-01 | X |
| 5:21-cr-00279-01 | X |
| 5:21-cr-00279-02 | X |
| 5:21-cr-00279-03 | X |

  *   In Federal Custody
 **  Superseding Indictment
***  State Custody