# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**UNITED STATES OF AMERICA**          **CASE NO. 3:21-CR-00271-01**

**VERSUS**          **JUDGE TERRY A. DOUGHTY**

**MICHAEL ANSEZELL TOLLIVER (01)**          **MAG. JUDGE KAYLA D. MCCLUSKY**

## MEMORANDUM ORDER

Pending before the Court is an Appeal of the Magistrate Judge's Decision filed by Defendant Michael Ansezell Tolliver ("Tolliver") [Doc. No. 43]. The Government filed a response in opposition [Doc. No. 45] to Tolliver's Appeal. Tolliver moves to appeal Magistrate Judge McClusky's Ruling [Doc. No. 35] revoking his bond and detaining him pending trial.

A magistrate judge's non-dispositive pretrial order is reviewable under the clearly erroneous and contrary to law standard. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Following a review of the record, the Court finds that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to the law.[1] Accordingly,

**IT IS ORDERED** that Tolliver's appeal [Doc. No. 43] is **DENIED**, and Magistrate Judge McClusky's Ruling [Doc. No. 35] is **AFFIRMED**.

MONROE, LOUISIANA, this 21st day of September, 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] Even if the Court were to apply the *de novo* review standard, the Court would reach the same decision.